## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Steven Pelesasa FUE, Petitioner–Appellant,

v.

Martin BITER, Warden, Respondent–Appellee.

No. 12-55307

United States Court of Appeals, Ninth Circuit.

Filed August 4, 2016

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Petitioner–Appellant.

Yun K. Lee, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

** The Honorable Charles R. Breyer, Senior United States District Judge for the Northern

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Saul Garcia CUEVAS, Petitioner–Appellant

v.

James D. HARTLEY, Warden, Avenal State Prison, Respondent–Appellee.

No. 12-55807

United States Court of Appeals, Ninth Circuit.

Filed August 4, 2016

D.C. No. 2:10–cv–09775–VAP–MLG

Nathaniel H. Lipanovich, Stephen Rossi, and Michael G. Ermer, Irell & Manella LLP, Newport Beach, California, for Petitioner–Appellant.

Xiomara Costello, Deputy Attorney General; Kenneth C. Byrne, Supervising Deputy Attorney General; Lance E. Winters, Senior Assistant Attorney General; Gerald A. Engler, Chief Assistant Attorney General; Kamala D. Harris Attorney General; Office of the Attorney General, Los Angeles, California; for Respondent–Appellee.

Before: ALEX KONZINSKI and SUSAN P. GRABER, Circuit Judges, and CHARLES R. BREYER,** Senior District Judge.

Dissent by Judge KOZINSKI

District of California, sitting by designation.